FILED
June 11, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:14-mj-00128-EFB
            Plaintiff,          )
v.                              )
                                )    ORDER FOR RELEASE OF
ROBERT JOHN WILLS,              )    PERSON IN CUSTODY
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ROBERT JOHN WILLS, Case No. 2:14-mj-00128-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

      ___   Unsecured Appearance Bond

      _X_   Secured Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      _X_   (Other) The secured bond paperwork is to be filed by 6/18/2014.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/11/2014  at  2:45 p.m.

                                        By _____
                                        Edmund F. Brennan
                                        United States Magistrate Judge