RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT WILLS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Court No. 14-MJ-0128-EFB** |
| Plaintiff, | **STIPULATION TO EXTEND DATE FOR POSTING OF PROPERTY BOND; ORDER** |
| vs. | |
| ROBERT JOHN WILLS, | |
| Defendant.                                    / | |

    Defendant Robert Wills, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jeffrey Spivak hereby stipulate that an extension be granted from June 18, 2014 to June 25, 2014 in order to complete the filing of the property bond in this case.

    Counsel has provided the government with the grant deed, title report, appraisal, current mortgage statement and copy of a deed in favor of the Clerk, United States District Court Eastern District.  The delay is that one of the sureties, Mr. Carey Ables, is out of town attending to needs of his father-in-law and he will not be able to sign the grant deed until the end of this week or early next week.

STIPULATION TO EXTEND DATE FOR POSTING OF PROPERTY BOND; [PROPOSED]ORDER    1

Mr. Wills has met with the Office of Pretrial Services and provided them with his passport and is in compliance with his reporting requirements.

**SO STIPULATED**:

Date:   June 17, 2014                                         /s/ Randy Sue Pollock
                                                              Randy Sue Pollock
                                                              Counsel for Defendant
                                                              Robert Wills

Date:   June 17, 2014                                         /s/ Jeffrey Spivak
                                                              Jeffrey Spivak
                                                              Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the time period to file the property bond in this case is extended from June 18, 2014, to June 25, 2014.

**SO ORDERED:**

Dated:  June 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE