RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT WILLS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT JOHN WILLS

        Defendant.
_____ /

**Court No. 14-MG-0128-EFB**

**STIPULATION TO EXTEND DATE
FOR POSTING OF PROPERTY BOND**
_____

    Defendant Robert Wills, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jeffrey Spivak hereby stipulate that an extension be granted from June 25, 2014 to July 3, 2014, in order to complete the filing of the property bond in this case.

    Counsel has provided the government with the grant deed, title report, appraisal, current mortgage statement and copy of a deed in favor of the Clerk, United States District Court Eastern District.  The deed was given to the Recorder's Office in Trinity County but for some reason the Recorder did not file stamp it and record it.

STIPULATON TO EXTEND DATE FOR FILING PROPERTY BOND; ~~PROPOSED~~ ORDER     1

The Clerk of this Court is returning the original deed to the sureties and they will return to the Recorder's Office to record the deed again.

**SO STIPULATED**:

Date:  June 25, 2014                                 /s/ Randy Sue Pollock
                                                                    Randy Sue Pollock
                                                                    Counsel for Defendant
                                                                    Robert Wills

Date:  June 25, 2014                                 /s/ Jeffrey Spivak
                                                                    Jeffrey Spivak
                                                                    Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the time period to file the property bond in this case is extended from June 25, 2014 to July 3, 2014.

**SO ORDERED:**

Date: June 25 2014

                                                                    HONORABLE EDMUND F. BRENNAN
                                                                    United States Magistrate Judge

STIPULATON TO EXTEND DATE FOR FILING PROPERTY BOND; PROPOSED ORDER            2