1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:14-MJ-128-EFB
                                      )
12          Plaintiff,                )
                                      ) STIPULATION AND ORDER
13 ROBERT WILLS,                      ) CONTINUING PRELIMINARY HEARING
                                      ) DATE
14                                    )
            Defendant.                )
15                                    ) Judge: Hon. Edmund F. Brennan
                                      )
16                                    )
                                      )
17

18                      **STIPULATION**

19      The United States, by and through its undersigned counsel, and

20 the defendant, by and through his counsel of record, hereby stipulate

21 as follows:

22    1. By prior order, this matter was set for a Preliminary Hearing on

23       July 11, 2014.

24    2. By this Stipulation, the parties now move to continue the

25       Preliminary Hearing until August 18, 2014, at 2:00 p.m.

26    3. The defendant is presently out of custody and being supervised

27       by a Pretrial Services Officer.

28 ///

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from July 11, 2014, through and including August 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: June 30, 2014          /s/ Jeffrey A. Spivak     _
                              JEFFREY A. SPIVAK
                              Assistant U.S. Attorney

DATED: June 30, 2014          /s/ Randy Sue Pollock      _
                              RANDY SUE POLLOCK
                              Attorney for Robert Wills
                              (as authorized on June 30, 2014)

1

**ORDER**

2      IT IS SO FOUND AND ORDERED, this 30th day of June, 2014.

3

4

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28